UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEM WOOD,

    Plaintiff,                                         Civil Action No. 13-CV-12572

vs.                                                 HON. BERNARD A. FRIEDMAN

CAROLYN W. COLVIN,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        This matter is presently before the Court on cross motions for summary judgment [docket entries 9 and 11]. Magistrate Judge David R. Grand has submitted a Report and Recommendation ("R&R") in which he recommends that plaintiff's motion be denied and that defendant's motion be granted. Neither party has filed objections to the R&R and the objection period has expired. The Court has reviewed the administrative record, the parties' motions, and the R&R, and finds that the magistrate judge's analysis and recommendation are correct. Accordingly,

        IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

        IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

        IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

                                                      _s/ Bernard A. Friedman____
Dated: April 8, 2014                           BERNARD A. FRIEDMAN
   Detroit, Michigan                    SENIOR UNITED STATES DISTRICT JUDGE